Form 3A Contd.
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re   ANTWAN M. GAYLES   LAHOMA GAYLES
             Debtors

Case No.  
Chapter   **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

| $ | 68.50 | Check one | ☐ With the filing of the petition, or |
| | | | ☑ On or before   **11/13/2006** |
| $ | 68.50 | on or before | **12/13/2006** |
| $ | 68.50 | on or before | **01/13/2007** |

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*