**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ANTWAN M GAYLES　　　　　　§　　Case No.: 06-13138
         LAHOMA GAYLES　　　　　　　§
                                   §
         Debtor(s)                 §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2006.

2) This case was confirmed on 01/22/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/27/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/23/2011.

5) The case was completed on 08/16/2011.

6) Number of months from filing to the last payment: 58

7) Number of months case was pending: 62

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   1,090.00

10) Amount of unsecured claims discharged without payment $   57,462.92

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 16,510.79 |
| Less amount refunded to debtor | $ 135.14 |
| **NET RECEIPTS** | $ 16,375.65 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,050.07 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,050.07 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DRIVE FINANCIAL SVCS | SECURED | 7,767.00 | 7,943.44 | 7,767.00 | 7,767.00 | 1,277.05 |
| R&R COUNTRY | SECURED | 1,952.00 | .00 | 1,952.00 | 1,952.00 | .00 |
| A G UNITED INVESTORS | UNSECURED | 373.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 450.00 | 899.73 | 899.73 | 44.99 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 945.00 | 418.29 | 418.29 | 20.91 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 600.00 | 356.81 | 356.81 | 17.84 | .00 |
| AMERITECH | UNSECURED | 1,281.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 820.00 | 820.16 | 820.16 | 41.01 | .00 |
| AT&T | UNSECURED | 444.00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | 39.00 | NA | NA | .00 | .00 |
| CASHNET USA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 50.00 | 1,490.00 | 1,490.00 | 74.50 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY CHICAGO DEPT OR | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,121.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 500.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CROSS COUNTRY BANK | UNSECURED | 820.16 | NA | NA | .00 | .00 |
| CBCS | OTHER | NA | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 630.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,200.00 | 1,012.42 | 1,012.42 | 50.62 | .00 |
| PREMIER BANK CARD | UNSECURED | 432.00 | 432.32 | 432.32 | 21.62 | .00 |
| HOLLYWOOD ENTERTAINM | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| HSBC TAXPAYER FINANC | UNSECURED | 2,879.00 | 2,879.49 | 2,879.49 | 143.97 | .00 |
| HSBC TAXPAYER FINANC | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 725.00 | 725.00 | 725.00 | 36.25 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| INSURA | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 692.00 | 692.42 | 692.42 | 34.62 | .00 |
| MCI | UNSECURED | 692.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 692.00 | NA | NA | .00 | .00 |
| MED102 U OF CHGO PHY | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| MED102 U OF CHGO PHY | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 456.00 | 305.14 | 305.14 | 15.26 | .00 |
| PFF EMERGENCY SERVIC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD INC | UNSECURED | 432.32 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,625.00 | 2,625.00 | 2,625.00 | 131.25 | .00 |
| SIR FINANCE | UNSECURED | 2,896.00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 333.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | NA | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| TAXMASTERS | UNSECURED | 2,879.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| TCF BANK | OTHER | NA | NA | NA | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | 141.96 | NA | NA | .00 | .00 |
| THE MONEY MARKET | UNSECURED | 1,295.00 | NA | NA | .00 | .00 |
| MONEY MARKET PAYDAY | OTHER | NA | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 577.71 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| UNIFUND CORP | UNSECURED | 173.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UPTOWN CASH | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| UPTOWN CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 6,891.00 | 7,616.52 | 7,616.52 | 380.83 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| WHEELS OF CHICAGO | UNSECURED | 4,878.00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 1,765.00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 820.00 | NA | NA | .00 | .00 |
| XTRA CASH | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| ZTEL COMMUNICATIONS | UNSECURED | 538.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SVCS | UNSECURED | NA | .00 | 176.44 | 8.82 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 560.10 | 560.10 | 28.01 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 680.97 | 680.97 | 34.05 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 1,280.54 | 1,280.54 | 64.03 | .00 |
| CASH NET 500 | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 725.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 180.95 | 180.95 | 180.95 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 1,497.63 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,719.00 | 9,719.00 | 1,277.05 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,719.00 | 9,719.00 | 1,277.05 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 180.95 | 180.95 | .00 |
| **TOTAL PRIORITY:** | 180.95 | 180.95 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,971.35 | 1,148.58 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,050.07 |
| Disbursements to Creditors | $ | 12,325.58 |
| **TOTAL DISBURSEMENTS:** | $ | 16,375.65 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/06/2011                                                /s/ Tom  Vaughn
                                                                            Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**